## SECOND DEPARTMENT, APRIL, 1974

### (April 25, 1974)*

■ In the Matter of THOMAS WILEY, Petitioner, v JOHN C. COUZENS, as Judge of the County Court, Westchester County, et al., Respondents.—Proceeding pursuant to article 78 of the CPLR to prohibit respondents from taking any action with respect to Indictment No. 480-01/73 in the County Court, Westchester County. On the court's own motion, matter referred to the Special Term of the Supreme Court, Westchester County, for hearing and report, together with its findings, on the question of what transpired in open court on April 18, 1973 from the time that the jury returned from dinner up to and including its discharge by the Judge presiding in *People v Wiley* (Indictment No. 401/72). In the interim, determination of this proceeding shall be held in abeyance. Latham, Acting P. J., Shapiro, Cohalan, Brennan and Benjamin, JJ., concur.

## SECOND DEPARTMENT, MAY, 1974

### (May 22, 1974)**

---

* Not published with other decisions of April, 1974, 44 AD2d 675. [Rep.

** Not published with other decisions of May, 1974, 44 AD2d 826. [Rep.

the court's own motion, decision and order of this court both dated April 25, 1974 are recalled and vacated and the following decision substituted therefor: "Proceeding pursuant to article 78 of the CPLR to prohibit respondents from taking any action with respect to Indictment No. 480-01/73 in the County Court, Westchester County." Application denied; and proceeding dismissed, without costs. Latham, Acting P. J., Shapiro, Cohalan, Brennan and Benjamin, JJ., concur.